# IN THE MISSOURI COURT OF APPEALS
## JANUARY 14, 2014
## WESTERN DISTRICT


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

--------------------------------------------------------------------------------
| | |
|---|---|
| WD76077 | Elaina Marie Fulton vs. Jeffrey Jay Fulton |
| WD76285 | In the Interest of: T.R. & D.R., Juvenile Officer vs. S.R. (Mother), B.V. (Father) |
| WD76286 | Consolidated with WD76285 |
| WD76351 | Consolidated with WD76285 |
| WD76378 | Charles Leffler vs. Larry J. Brotherton and Ida F. Brotherton |
| WD76566 | Wells Fargo Bank, NA vs. Emanuel Dace |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

--------------------------------------------------------------------------------
| | |
|---|---|
| WD75487 | State of Missouri vs. Lance C. Waggoner |
| WD75644 | State of Missouri vs. George J. Huffman |
| WD75706 | State of Missouri vs. Michael E. Boyd |
| WD75817 | State of Missouri vs. Jok Atem |